IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRIE EVANS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANCASTER BIBLE COLLEGE, et al. | : | |
| | : | NO.   25-5826 |

# O R D E R

AND NOW, this 11th day of February, 2026, upon consideration of the Complaint (Doc. 1), Defendant's Motion to Dismiss (Doc. 11), the Response (Doc. 17), the Reply (Doc. 18), the Surreply (Doc. 21), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Defendants' motion is GRANTED. Counts I, II, IV, and V of Plaintiff Terrie Evans' Complaint are DISMISSED without prejudice.  The individual claims against Thomas Randolph and Gwen Shenk in Count III are DISMISSED without prejudice.  It is further ORDERED that Plaintiff may file an amended complaint no later than March 13, 2026.


BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.